**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **D&S CONSULTING, INC. (DSCI),**<br>A New Jersey Corporation<br>919 N. Market Street, Suite 600<br>Wilmington, DE 19801<br><br>Plaintiff,<br><br>v.<br><br>**KINGDOM OF SAUDI ARABIA,**<br>His Excellency,<br>Adel bin Ahmed Al-Jubeir<br>Minister of Foreign Affairs<br>P.O. Box 55937<br>Riyadh; 11544<br>Defendant. | ) | Civil Action No. 1:17-cv-00787 |

**NOTICE OF REMOVAL BY THE KINGDOM OF SAUDI ARABIA**

Defendant Kingdom of Saudi Arabia, a foreign state ("Saudi Arabia"), respectfully represents to this Court as follows:

**THE STATE COURT ACTION AND THE PARTIES**

1. Plaintiff D&S Consulting, Inc. (DSCI) commenced an action against Saudi Arabia and others on April 11, 2017, in the Superior Court of the District of Columbia, Civil Division, entitled D&S Consulting, Inc. (DSCI) v. Kingdom of Saudi Arabia, Case No. 2017 CA 002525 B ("State Case"), by filing a Summons and Complaint, true and correct copies of which are attached hereto as Exhibit A. A copy of all other documents filed in the Superior Court is attached as Exhibit B.

2. Saudi Arabia has not yet been served with the Summons and Complaint, and the notice of suit, pursuant to procedures established in the Foreign Sovereign Immunities Act

("FSIA"), 28 U.S.C. §1608(a). This Notice of Removal is being filed within thirty days of Saudi Arabia learning that the State Case was filed and is timely under 28 U.S.C. §§ 1441(d) and 1446(b).

**GROUNDS FOR REMOVAL**

3. This Court has original jurisdiction over the State Case under 28 U.S.C. § 1330(a) because Saudi Arabia is a foreign state as defined in 28 U.S.C. § 1603(a).

4. This action is removable to this Court pursuant to 28 U.S.C. § 1441(d), which provides that a foreign state as defined in 28 U.S.C. § 1603(a) may remove a civil action against it to the district court of the United States for the district embracing the place where such action is pending.

5. Under 28 U.S.C. § 1441(d), this Court is the appropriate court for filing a Notice of Removal from the Superior Court of the District of Columbia, where this action is currently pending.

6. Promptly after the filing of this Notice of Removal, Saudi Arabia shall provide notice of the removal to Plaintiff through its attorneys of record in the State Case and to the Clerk of the Court in the State Case, as required by 28 U.S.C. § 1446(d).

7. Defendant reserves all rights, including defenses and objections as to venue, personal jurisdiction, and service, and the filing of this Notice of Removal is subject to, and without waiver of, any such defenses and objections.

8. Subject to the foregoing reservation, Saudi Arabia notes that the Summons in this Action fails to conform to the requirements of the FSIA, 28 U.S.C. §1608(d), which provides that a foreign state shall have sixty (60) days "after service has been made under this section" within which to "serve an answer of other responsive pleading to the complaint."

WHEREFORE, Defendant Kingdom of Saudi Arabia hereby removes this action from the Superior Court of the District of Columbia, Civil Division, to the United States District Court for the District of Columbia.

Dated: Washington, DC
April 27, 2017

/s/ Mitchell R. Berger

Mitchell R. Berger (DC 385467)
Alexandra E. Chopin (DC 490736)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
mitchell.berger@squirepb.com
alexandra.chopin@squirepb.com
*Attorneys for Defendant Kingdom of Saudi Arabia*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2017, I caused a true and correct copy of Defendant's Notice of Removal by the Kingdom of Saudi Arabia to be served by overnight courier on the following counsel of record for Plaintiff:

D. Cory Bilton
Bilton Law Firm, PLLC
700 12th Street, NW, Suite 700
Washington, DC 20005
*Attorney for Plaintiff*
*D&S Consulting, Inc. (DSCI)*

Richard S. Sternberg
6509 Persimmon Tree Rd. #100
Cabin John, MD 20818-1216
*Attorney for Plaintiff*
*D&S Consulting, Inc. (DSCI)*

Respectfully submitted,

/s/ Mitchell R. Berger

Mitchell R. Berger (DC 385467)
Alexandra E. Chopin (DC 490736)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-5600
Facsimile: (202) 457-6315
mitchell.berger@squirepb.com
alexandra.chopin@squirepb.com

*Attorneys for Defendant Kingdom of Saudi Arabia*