# EXHIBIT A

Filed
D.C. Superior Court
04/11/2017 17:37PM
Clerk of the Court

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **D&S CONSULTING, INC. (DSCI)**<br>A New Jersey Corporation<br>919 N. Market Street, Suite 600<br>Wilmington, DE 19801<br><br>Plaintiff<br><br>**v.**<br><br>**KINGDOM OF SAUDI ARABIA**<br>Serve: His Excellency,<br>Adel bin Ahmed Al-Jubeir<br>Minister of Foreign Affairs<br>P.O.Box: 55937<br>Riyadh; 11544<br><br>Defendant | Civil Case No. ____________________ |

**COMPLAINT**
(Breach of Contract, Debt, Undue Enrichment, Accounting)

**COMES NOW** plaintiff, D&S Consulting, Inc., a New Jersey corporation wrapping up its affairs [hereinafter DSCI], by and through undersigned counsel, and sues defendant the Kingdom of Saudi Arabia [hereinafter KSA] for Breach of Contract in a commercial activity, Debt, Accounting, and Unjust Enrichment, and further states:

1. Jurisdiction of the Court against KSA is founded upon Title 11, Section 921(a)(6) of the D.C. Code (1981 ed.), and jurisdiction against the sovereign and the inapplicability of sovereign immunity is based on Title 28, Section 1602, *et seq.* of the United States Code.

2. Defendant Kingdom of Saudi Arabia (KSA) is a foreign state.

3. The matters complained of herein involved contracts entered in Saudi Arabia affecting commerce in the United States, and monetary transfers that were to be sent to and in the United States.

**COUNT I**

(Breach of Contract, Debt, Accounting)

4. DSCI entered a contract with the KSA commonly called TETRA, which called for performance from August 2013 to April 30, 2015. DSCI performed and was paid by the KSA on monthly invoices through February 2015 in the total amount of or about $11,128,070.40.

5. While serving the KSA under the TETRA contract, DSCI bid for and was awarded another contract for $17,583,396.47. DSCI breached that contract and was terminated for failure to timely post a bond required by the contract.

6. As a result of that termination, DSCI was unable to remain economically solvent and surrendered control of its assets to its secured creditor, Bank of America, who appointed a new Chief Restructuring Officer to wrap up affairs of the entity and resolve outstanding debts and receivables.

7. In performing the wrap up functions to collect on its outstanding debts, DSCI filed and pursued invoices for work that was completed on the TETRA project but not previously invoiced or collected.

8. Two invoices totaling $2,108,404.69 for work properly completed were duly submitted in accordance with Saudi contracting law.

9. Defendant KSA has refused to pay after demand.

10. At the time of its breach of contract, DSCI had failed to produce equipment required by the contract. The burden of proof is on the defendant to show the set-off to which it is entitled, but that set-off does not exceed $135,000.

11. As a result therefore, plaintiff has not received a total of $2,108,404.69 due and owing on the remaining invoices, less such set-off as defendant can prove at trial.

**Wherefore,** plaintiff respectfully requests an accounting and Judgment in the sum of $2,108,404.69, plus pre–judgment and post-judgment interest, costs, reasonable counsel fees, and such other relief as this Honorable Court may deem just and proper, without set-off.

**COUNT II**

(Breach of Contract, Unjust Enrichment)

12. Plaintiff incorporates by reference the allegations hereinbefore set forth, and further states that, pursuant to the above-pled contract, plaintiff secured a bond in the amount of approximately $800,000 to secure its performance of the TETRA contract.

13. After the filing of the final invoices referenced above, as a retaliatory measure and without proper basis therefore, in the last days of before expiration of the bond, and without notice or claim of any failure of performance or breach, Defendant KSA called the bond and collected approximately $800,000 from Bank of America.

14. DSCI is responsible to repay that bond to Bank of America, and the funds so seized belong to DSCI.

**Wherefore,** plaintiff respectfully requests Judgment in the sum of $800,000.00, plus pre–judgment and post-judgment interest, costs, reasonable counsel fees, and such other relief as this Honorable Court may deem just and proper, without such set-off.

Respectfully submitted,

/s/ D. Cory Bilton

D. Cory Bilton, 1026754
Bilton Law Firm, PLLC
700 12th Street, NW, Suite 700
Washington, DC 20005
(202) 347-0303
(202) 827-0033
cory@biltonlaw.com
Attorney for Plaintiff

Richard S. Sternberg, 376220
6509 Persimmon Tree Rd, # 100
Cabin John, MD 20818-1216
(202) 530-0100
Richard@MWLC.org
Attorney for Plaintiff

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

D&S Consulting, Inc. Case Number: ____________

vs Date: ____________

Kingdom of Saudi Arabia [x] One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* D. Cory Bilton | Relationship to Lawsuit |
| Firm Name: Bilton Law Firm, PLLC | [x] Attorney for Plaintiff<br>[ ] Self (Pro Se)<br>[ ] Other: ________ |
| Telephone No.: (202) 347-0303   Six digit Unified Bar No.: 1026754 | |

TYPE OF CASE: [x] Non-Jury [ ] 6 Person Jury [ ] 12 Person Jury

Demand: $ 2,908,404.69 Other: ____________

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: ________ Judge: ________ Calendar #: ________

Case No.: ________ Judge: ________ Calendar#: ________

NATURE OF SUIT: *(Check One Box Only)*

**A. CONTRACTS**

- [x] 01 Breach of Contract
- [ ] 02 Breach of Warranty
- [ ] 06 Negotiable Instrument
- [ ] 15 Special Education Fees
- [ ] 07 Personal Property
- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 13 Employment Discrimination

**COLLECTION CASES**

- [ ] 14 Under $25,000 Pltf. Grants Consent
- [ ] 16 Under $25,000 Consent Denied
- [ ] 17 OVER $25,000

**B. PROPERTY TORTS**

- [ ] 01 Automobile
- [ ] 02 Conversion
- [ ] 07 Shoplifting, D.C. Code § 27-102 (a)
- [ ] 03 Destruction of Private Property
- [ ] 04 Property Damage
- [ ] 05 Trespass
- [ ] 06 Traffic Adjudication

**C. PERSONAL TORTS**

- [ ] 01 Abuse of Process
- [ ] 02 Alienation of Affection
- [ ] 03 Assault and Battery
- [ ] 04 Automobile- Personal Injury
- [ ] 05 Deceit (Misrepresentation)
- [ ] 06 False Accusation
- [ ] 07 False Arrest
- [ ] 08 Fraud
- [ ] 09 Harassment
- [ ] 10 Invasion of Privacy
- [ ] 11 Libel and Slander
- [ ] 12 Malicious Interference
- [ ] 13 Malicious Prosecution
- [ ] 14 Malpractice Legal
- [ ] 15 Malpractice Medical (Including Wrongful Death)
- [ ] 16 Negligence- (Not Automobile, Not Malpractice)
- [ ] 17 Personal Injury- (Not Automobile, Not Malpractice)
- [ ] 18 Wrongful Death (Not Malpractice)
- [ ] 19 Wrongful Eviction
- [ ] 20 Friendly Suit
- [ ] 21 Asbestos
- [ ] 22 Toxic/Mass Torts
- [ ] 23 Tobacco
- [ ] 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE [ ] IF USED

CV-496/Aug 12

# Information Sheet, Continued

**C. OTHERS**

I.

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation Over $25,000
- ☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)
- ☐ 26 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations

II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

D. Cory Bilton
Attorney's Signature

4/11/17
Date

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

D&S Consulting, Inc.
Plaintiff

vs.

Case Number ______________________

Kingdom of Saudi Arabia
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

D. Cory Bilton
Name of Plaintiff's Attorney

700 12th Street, NW, Suite 700
Address
Washington, DC 20005

(202) 347-0303
Telephone

*Clerk of the Court*

By ______________________
Deputy Clerk

Date ______________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

DO NOT COMPLETE

______________________________ Demandante

contra

Número de Caso: ______________________

______________________________ Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

______________________________
Nombre del abogado del Demandante

______________________________
Dirección

Por: ______________________________
Subsecretario

______________________________

______________________________
Teléfono

Fecha ______________________________

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

D AND S CONSULTING, INC.
Vs. C.A. No. 2017 CA 002525 B
KINGDOM OF SAUDI ARABIA

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge NEAL E KRAVITZ
Date: April 13, 2017
Initial Conference: 9:00 am, Friday, July 14, 2017
Location: Courtroom 100
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

**ADDENDUM TO INITIAL ORDER AFFECTING ALL MEDICAL MALPRACTICE CASES**

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Robert E. Morin